UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOM SQUIREWELL,

                                    Plaintiff,

            -against-

 CITY OF NEW YORK.,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_6/26/2026_

**ORDER**

**26-CV-2498 (MMG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On June 23, 2026, Defendant filed a letter motion requesting that discovery be stayed. (ECF No. 18).  On June 25, 2026, the Parties in the above-captioned case appeared before the undersigned for an Initial Case Management Conference.  On the record the Court ordered a stay of discovery.

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, a district court may stay discovery upon a showing of "good cause." *Thrower v. Pozzi*, No. No. 99 Civ. 5871, 2002 WL 91612 at *7 (S.D.N.Y. Jan. 24, 2002).  Courts in this district have held "that a stay of discovery is appropriate pending resolution of a potentially dispositive motion where the motion 'appear[s] to have substantial grounds' or, stated another way, 'do[es] not appear to be without foundation in law.'" *In re Currency Conversion Fee Antitrust Litigation*, No. MDL 1409, M21-95, 2002 WL 88278, at *1 (S.D.N.Y. Jan. 22, 2002) (quoting *Chrysler Capital Corp. v. Century Power Corp.*, 137 F.R.D. 209, 209–10 (S.D.N.Y. 1991)).  The motion to dismiss is based on res judicata, which will be fully dispositive if granted.  Given this, discovery is stayed.

Notwithstanding the above, Defendant is directed to provide Plaintiff with a copy of Defendant's sick leave policy applicable to Plaintiff when he was employed, correspondence between Defendant and Plaintiff regarding the requirements under the Policy and Plaintiff's leave, and Plaintiff's termination letter.  Such information should be provided within 30 days of this Order.

The Court notes that Plaintiff may avail himself of resources that exist for pro se litigants. Specifically, there is a free legal clinic run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit).  The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.  A party without legal representation can make an appointment by calling 212-382-4794.  Appointments are also available remotely Monday through Friday, 10am to 4pm or in-person Monday through Thursday, 10am to 4pm.  The Court strongly encourages Plaintiff to make an appointment with the clinic.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff and to terminate the motions at ECF Nos. 18.**

Dated: New York, New York
June 26, 2026

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge

2