USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/02/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOLM SQUIREWELL,

                Plaintiff,

       -against-

CITY OF NEW YORK,

                Defendant.

26-CV-02498 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

This is a federal employment action brought by *pro se* Plaintiff Malcolm Squirewell. On June 26, 2026, Defendant City of New York moved to dismiss the lawsuit. Dkt. No. 22. Plaintiff has thirty (30) days, *i.e.*, until **July 27, 2026**, to either file an opposition to the motion or file an amended complaint in response to the motion. Defendant has seven (7) days from the date of an opposition to file a reply. If Plaintiff files an amended complaint, Defendant shall have fourteen (14) days to either answer, file a new or supplemental motion to dismiss, or submit a letter on ECF stating that it relies on the previously filed motion to dismiss. *See* Individual Rule III(E)(3).

If Plaintiff needs additional time to respond to the motion, he may request an extension of time by letter to the Court, filed no later than **July 23, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the following address:

    1602 Pacific Street 4A
    Brooklyn, NY 11213

Dated: July 2, 2026
      New York, New York

                        SO ORDERED.

                        _____
                        MARGARET M. GARNETT
                        United States District Judge