USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOM SQUIREWELL,

Plaintiff,

-against-

CITY OF NEW YORK.,

Defendants.

**ORDER**

**26-CV-2498 (MMG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

Upon review of Plaintiff's filings, the Court has identified personally identifying information that is present in Plaintiff's exhibits. Therefore, the Court sua sponte, respectfully directs the Clerk of the Court to temporarily seal the pleading at ECF No.1. Plaintiff is further directed to refile the pleading at ECF No. 1 with his personally identifying information, such as a social security number, redacted.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
November 16, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge