USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOM SQUIREWELL,

Plaintiff,

-against-

CITY OF NEW YORK.,

Defendants.

**ORDER**

**26-CV-2498 (MMG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

Upon review of the pleadings and Defendant's motion to dismiss, the Court directs the Parties to file on the docket, the complaint and any amended complaints filed in New York State Supreme Court, in the action captioned *Squirewell, Malcolm v. New York City Department of Corrections*, 100636/2025 by **November 30, 2026**.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
November 20, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge